

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2022

No. 04-22-00004-CV

**RATTLESNAKE RIDGE VENTURES, LLC,**
Appellant

v.

Alicia **ORTIZ,** Individually and as Next Friend of M.D.M. and A.D.M.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-21-372
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its brief is granted. We order appellant's brief due February 7, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court